Certificate Number: 05781-VAE-DE-041201082

Bankruptcy Case Number: 26-32467



05781-VAE-DE-041201082

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 13, 2026, at 6:42 o'clock AM PDT, Mistija Burse completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Virginia.

Date: July 13, 2026             By:     /s/Allison M Geving

Name:  Allison M Geving

Title:  President